# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, NJ 07960-6834
Tel 973 538-6890
Fax 973 540-9015
www.jacksonlewis.com
Richard J. Cino - Managing Partner

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | PORTLAND, OR |
| ALBUQUERQUE, NM | GREENVILLE, SC | MINNEAPOLIS, MN | PORTSMOUTH, NH |
| ATLANTA, GA | HARTFORD, CT | MORRISTOWN, NJ | PROVIDENCE, RI |
| BALTIMORE, MD | HOUSTON, TX | NEW ORLEANS, LA | RALEIGH-DURHAM, NC |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | NEW YORK, NY | RICHMOND, VA |
| BOSTON, MA | JACKSONVILLE, FL | NORFOLK, VA | SACRAMENTO, CA |
| CHICAGO, IL | LAS VEGAS, NV | OMAHA, NE | SAN DIEGO, CA |
| CINCINNATI, OH | LONG ISLAND, NY | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CLEVELAND, OH | LOS ANGELES, CA | ORLANDO, FL | SEATTLE, WA |
| DALLAS, TX | MEMPHIS, TN | PHILADELPHIA, PA | STAMFORD, CT |
| DENVER, CO | MIAMI, FL | PHOENIX, AZ | WASHINGTON, DC REGION |
| | | PITTSBURGH, PA | WHITE PLAINS, NY |

TIMOTHY D. SPEEDY
Email Address: speedyt@jacksonlewis.com

February 2, 2012

VIA E-FILING

Michael A. Shipp U.S.M.J.
M.L. King Jr., Fed. Bldg & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   Usinowicz v. Ungerer & Company, et al.
      Civil Action No.: 11-2595(SRC)(MAS)

Dear Magistrate Shipp:

This shall confirm that the parties in the above matter have reached a resolution and request that the Court issue a "60-day order of dismissal without prejudice." The parties expect to file a stipulation of dismissal as to each defendant prior to the expiration of the 60-day order.

Very truly yours,

JACKSON LEWIS LLP

Timothy D. Speedy

TDS/

cc:   S.M. Chris Franzblau, Esq. (via ecf)
      Douglas Motzenberger, Esq. (via ecf)

168074 Judge Shipp005
4830-4604-8270, v. 1